BRETT L. TOLMAN, United States Attorney (#8821)
WILLIAM K. KENDALL, Assistant United States Attorney (#7906)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: 801.524.5682

FILED
U.S. DISTRICT COURT
2008 DEC 18 P 5: 37
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| | : | |
| Plaintiff, | : | VIO. 18 U.S.C. § 2119, CARJACKING; |
| | : | 18 U.S.C. § 924(c), |
| vs. | : | BRANDISHED FIREARM |
| | : | DURING AND IN RELATION |
| PAUL RYAN HALL, | : | TO A CRIME OF VIOLENCE; |
| | : | 18 U.S.C. § 922(g)(1), |
| Defendant. | : | POSSESSION OF A FIREARM |
| | : | BY A CONVICTED FELON. |

The Grand Jury Charges:

Case: 1:08-cr-00141
Assigned To : Waddoups, Clark
Assign. Date : 12/18/2008
Description: USA v.

COUNT I
(18 U.S.C. § 2119)

On or about November 14, 2008, in the Northern Division of the District of Utah,

PAUL RYAN HALL,

the defendant herein, did knowingly and with the intent to cause death or serious bodily harm, take a motor vehicle that has been transported, shipped and received in interstate or foreign commerce from the person or presence of another by force and violence and intimidation; all in violation of 18 U.S.C. § 2119.

## COUNT II
(18 U.S.C. § 924(c))

On or about November 14, 2008, in the Northern Division of the District of Utah,

PAUL RYAN HALL,

the defendant herein, during and in relation to the crime of violence alleged in Count I of this Indictment, did knowingly use, carry and brandish a firearm; all in violation of 18 U.S.C. § 924(c).

## COUNT III
(18 U.S.C. § 2119)

On or about November 14, 2008, in the Northern Division of the District of Utah,

PAUL RYAN HALL,

the defendant herein, did knowingly and with the intent to cause death or serious bodily harm, take a motor vehicle that has been transported, shipped and received in interstate or foreign commerce from the person or presence of another by force and violence and intimidation; all in violation of 18 U.S.C. § 2119.

## COUNT IV
(18 U.S.C. § 924(c))

On or about November 14, 2008, in the Northern Division of the District of Utah,

PAUL RYAN HALL,

the defendant herein, during and in relation to the crime of violence alleged in Count III of this Indictment, did knowingly use, carry and brandish a firearm; all in violation of 18 U.S.C. § 924(c).

COUNT V
(18 U.S.C. § 922(g)(1))

On or about November 14, 2008, in the Northern Division of the District of Utah,

PAUL RYAN HALL,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce, a firearm to wit: a Jennings Firearms .25 caliber handgun; all in violation of 18 U.S.C. § 922(g)(1).

NOTICE OF INTENT TO SEEK FORFEITURE

As a result of the offenses in Counts II, IV and V the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) all firearms and related ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 and 18 U.S.C. § 924(c), including but not limited to a Jennings Firearms .25 caliber handgun.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

_____
WILLIAM K. KENDALL
Assistant United States Attorney